UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

EDWARD J. SCHWARTZ UNITED STATES COURTHOUSE

| | |
|---|---|
| ELIZABETH SONGCO, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BARCLAYS BANK DELAWARE, a national bank,<br><br>Defendant. | Case No. 3:19-cv-02420-AJB-BLM<br><br>**ORDER GRANTING JOINT STIPULATION TO ARBITRATE CLAIMS AND STAY LAWSUIT** |

1    IT IS HEREBY ORDERED that, pursuant to the stipulation made by and between Plaintiff Elizabeth Songco and Defendant Barclays Bank Delaware (the "Parties"), and for good cause showing:

1. This action will be transferred to binding arbitration and decided before an arbitrator with the American Arbitration Association ("AAA") under the Consumer Arbitration Rules.

2. The Parties have agreed on the following process for selecting an arbitrator. The Parties will obtain a list of five available arbitrators from the AAA. The Parties agree to split evenly the $250.00 cost of obtaining the list, with each party paying $125.00. Each Party will then strike two arbitrators from the list, rank the remaining arbitrators on the list, and confidentially submit their rankings to the AAA. The AAA will then select the highest ranked arbitrator. The Parties will be responsible for all other fees according to AAA's Consumer Fee Schedule, namely Plaintiff will pay a filing fee of $200.00, and all other arbitration costs will be paid by Barclays.

3. The Parties further agree to schedule and attend a half-day, non-binding mediation session within 45 days after AAA commences the arbitration. The mediation will be conducted by Hon Leo Papas, (Ret.), mediator with Judicate West. In the event that Hon. Leo Papas is not available, the Parties will select another mediator. The Parties also agree to split evenly the cost of mediation. Each Party is responsible for submitting their portion of the mediation costs directly to the mediator. In preparation for a meaningful mediation session, the Parties agree to an informal exchange of discovery no later than 14 days after the filing of the arbitration demand in AAA.

   i. Plaintiff agrees to produce cellular telephone statements, screenshots, notes, correspondence, and voicemail recordings.

   ii. Barclays agrees to produce records of all calls placed to Plaintiff's cellular telephone commonly referred to as "dialer logs" or "call

logs", account notes, and call recordings (including voicemails left for Plaintiff, if any).

4. The Parties agree the Arbitrator can resolve any disputes between the parties regarding the law that governs in the arbitration.

5. This case will be stayed, and the federal court will retain jurisdiction to enforce this agreement, and confirm, modify or vacate any arbitration award (pursuant to the Federal Arbitration Act, 9 U.S.C. Sec. 1, *et seq.*).

6. Counsel are ordered to file a Joint Status Report on the state of the arbitration proceedings no later than 10/1/2020.

**IT IS SO ORDERED.**
Dated: February 25, 2020

Hon. Anthony J. Battaglia
United States District Judge